**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-1976**

EUGENE GRAY,

Plaintiff - Appellant,

versus

WILLIAM S. COHEN, Honorable, Secretary Department of Defense; U. S. DEFENSE COMMISSARY AGENCY; RICHARD E. BEALE, Executive Director, in his individual and official capacity; CROSBY JOHNSON, Director of Contracts, in his individual and official capacity; VICKIE ARCHILLETTI, Manager, Contracts Business Unit, in her individual and official capacity; LARRY HAHN, Director, Contract Equipment Division, in his individual and official capacity; HAROLD WHITE, Supervisor, Contract Equipment Branch, in his individual and official capacity; ARAM DARAKAJUIAN, Supervisor, Personnel Relations Specialist, in his individual and official capacity; PHIL KOREN, General Counsel, in his individual and official capacity; JOHN SCHERE, II, General Counsel, in his individual and official capacity; KATHY HAWTHORNE, Contract Specialist, in her individual and official capacity; MEDICAL COLLEGE OF VIRGINIA; JOEL SILVERMAN, Doctor, in his individual and official capacity; UNITED STATES DEPARTMENT OF LABOR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-99-255-3)

Submitted:  November 18, 1999        Decided:  November 23, 1999

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eugene Gray, Appellant Pro Se.  Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; David Lee Ross, VIRGINIA COMMONWEALTH UNIVERSITY, Richmond, Virginia; Jean Freeman Reed, MEDICAL COLLEGE OF VIRGINIA HOSPITALS AUTHORITY, Richmond, Virginia; Sharon Maitland Moon, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Gray appeals the district court's July 6, 1999 orders denying his motion for summary judgment without prejudice, denying his motions for default judgment, and granting defendant Joel Silverman and the Medical College of Virginia additional time to file responsive pleadings and to respond and to object to Gray's discovery requests. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED